(No. 4484— )

Oscar E. Hoff, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed February 8, 1952.*

James J. O'Toole, Attorney for Claimant.

Ivan A. Elliott, Attorney General; C. Arthur Nebel, Assistant Attorney General, for Respondent.

Schuman, C. J.

The respondent has filed a motion to dismiss this case, alleging that the claim filed herein is barred by the two (2) year statute of limitations. The claim, on its face, shows that it was filed more than two years after it had accrued.

The motion of respondent to dismiss is sustained, and the claim is dismissed.